# United States Court of Appeals for the Federal Circuit

---

**IN RE RICOH COMPANY, LTD. PATENT LITIGATION**

- - - - - - - - - - - - - - - - - - - - - - - - -

**SYNOPSYS, INC.,**
*Plaintiff-Appellee,*

**v.**

**RICOH COMPANY, LTD.,**
*Defendant-Appellant.*

- - - - - - - - - - - - - - - - - - - - - -

**RICOH COMPANY, LTD.,**
*Plaintiff,*

**v.**

**AEROFLEX INCORPORATED, AMI
SEMICONDUCTOR, INC., MATROX ELECTRONIC
SYSTEMS, LTD., MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL, INC., MATROX TECH,
INC., AND AEROFLEX COLORADO SPRINGS, INC.,**
*Defendants.*

---

2012-1522

---

Appeal from the United States District Court for the Northern District of California in No. 03-CV-2289, Judge James Ware.

## JUDGMENT

RICHARD G. FRENKEL, Latham & Watkins, LLP, of Menlo Park, California, argued for plaintiff-appellee. With him on the brief was RON E. SHULMAN.

KENNETH W. BROTHERS, Dickstein Shapiro LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were GARY M. HOFFMAN; and KRISTA M. CARTER, of Palo Alto, California. Of counsel was ASSAD H. RAJANI, of Palo Alto, California.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges).*

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 12, 2012          /s/ Jan Horbaly
    Date                    Jan Horbaly
                              Clerk